# United States District Court
## Violation Notice
(Rev. 1/2010)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MAG5 | 9338683 | ATTENDORN | 2666 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 08/11/2020  2005 | 36CFR 4.23(a)(1) |

Place of Offense

Coast Guard Beach Parking Lot

Offense Description: Factual Basis for Charge    HAZMAT ☐

Operating a motor vehicle under the influence of alcohol

### DEFENDANT INFORMATION

Last Name: LEONARDO    First Name: DENISE    M.I.: M

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9LS314 | MA | 2020 | Lexus/RX | | White |

**APPEARANCE IS REQUIRED**

☒ A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

☐ B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount

+ $30 Processing Fee

$ ___ Total Collateral Due

TDD

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ ___

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature certifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9338683*

I state that on ___ , 20 ___ while exercising my duties as a law enforcement officer in the ___ District of ___

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial motor vehicle involved in incident

# United States District Court
## Violation Notice
[Rev. 4/2019]

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA65 | 9338685 | ATTENDAU | 3666 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  CFR  USC  State Code |
|---|---|
| 09/11/2020   2005 | 36CFR 4.10(c) |

Place of Offense

Coast Guard Beach Parking lot

Offense Description: Factual Basis for Charge          HAZMAT

operating a motor vehicle in undesignated areas;
on bike path

### DEFENDANT INFORMATION

Last Name
LEONARDO

First Name
DENISE

M.I.
M

Street Address

| Tag No. | | VIN | | | |
|---|---|---|---|---|---|
| 9LS314 | MA | 2012 Lexus/RX | White |

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

$ _____  Forfeiture Amount

TBD

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$ _____  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9338685*

---

I state that on _____ , 20 ____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MAG5 | 9338684 | ATENDERN | 2666 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/16/2000  2005 | 36 CFR 4.236(a)(2) |

Place of Offense

Coast Guard Beach Parking lot

Offense Description: Factual Basis for Charge                                    HAZMAT ☐

Operating a motor vehicle while;
the alcohol concentration in the operators blood or breath
is 0.08 +

### DEFENDANT INFORMATION   Phone (0-0   33)  6 (0-7

Last Name

LEONARDO              DEVISE          M

Street Address

| Tag No | State | Year | Make/Model | Phase | Color |
|---|---|---|---|---|---|
| 9LS314 | MA | 20 | Lexis/RX | | White |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| ☒ A  If Box A is checked, you must appear in court. See instructions. | ☐ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

TBD

$ _____   Forfeiture Amount

+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X _____
Defendant Signature

Original - CVB Copy

*9338684*

---

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/28/2020 10:15
CVB SCAN 10/28/2020 10:15

CVB SCAN 10/28/2020 10:15

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on September 11th, 2020 while exercising my duties as a law enforcement officer in the Federal District of Massachusetts

At approximately 20:05 hrs I was on patrol at Coast Guard Beach Parking lot in Cape Cod National Seashore, when I observed a white Lexis parked on a walking path. This location is in Cape Cod National Seashore (CACO), which is within the Special Maritime and Territorial Jurisdiction of the United States. The path was located between two buildings and was blocked by a painted yellow bollard, put there to stop motor vehicles from entering. The vehicle had driven past this and had driven to the beginning of a fenced in walking path. I pulled behind the bollard, located to the rear of the vehicle. The vehicle had MA tags 9LS314, it was on and began slowly reversing in my direction, I activated the emergency equipment in my fully marked cruiser and the vehicle continued to reverse slowly in my direction. I ran the vehicles plate and it came back registered to a LEONARDO, DENISE of MA.

The driver got out of the vehicle and approached me, and identified herself as a LEONARDO, Denise. Contact was made with LEONARDO's husband, who stated they had alcohol beverages tonight, and that his wife was drunk. At this time LEONARDO appeared to be impaired. I advised LEONARDO that we would be doing a few tests to see if she was safe to drive, she agreed.

At the time of the test I observed LEONARDOS face was flushed and her eyes were blood shot, red and watery. I could smell the odor of an alcoholic beverage emanating directly from her person. Upon checking for Horizontal Gaze Nystagmus LEONARDO presented with 6/6 clues, showing a lack of smooth pursuit, distinct and sustained nystagmus at max deviation and onset of nystagmus prior to 45 degrees.

Upon conducting the walk and turn test, LEONARDO presented with 5/8 clues. While conducting the test LEONARDO stated, "she couldn't do this sober", and was unable to touch her feet heel to toe for the majority of the test. She took the incorrect number of steps on the initial pass, stopping at 13 and continued walking until she reached her vehicle. LEONARD turned around and took the incorrect number of steps back, taking 15 and being stopped before walking into my police cruiser.

During the one leg stand LEONARDO presented with 3/4 clues. During the instruction phase, LEONARDO began the test before instructed to do so. When she was advised to begin the test, LEONARDO put her foot down numerous times and the test was stopped for her safety, as she was off balance and unsteady.

LEONARDO submitted to a roadside breath test recording .155 on a breath. At this time LEONARDO was placed under arrest and charged with

A Mandatory Appearance was given for the following Violations; 36 CFR 4.23 (a)(1) operating a motor vehicle under the influence of alcohol, 36 CFR 4.23(a)(2) operating a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 or higher, and 36 CFR 4.10 (a) operating a motor vehicle in an undesignated area. A video recording of this contact is available, reference here in."

"All information on the front of this notice is incorporated by reference here in."

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)

Executed on: _08/11/2020_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge