UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                                                   )<br>                                                         )    Case No. 21-PO-08000-JNN<br>DENISE M. LEONARDO               )<br>                                                         )<br>                                                         )<br>  Defendant.                                  ) | |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a), the United States hereby dismisses Citation Nos. MA659338683, Operation Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1), and MA659338684, Operating or Being in Actual Physical Control of a Motor Vehicle While the Alcohol Concentration in the Operator's Blood or Breath is 0.08 Grams or More in violation of 36 C.F.R. § 4.23(a)(2). In support of this dismissal, the government states that the dismissal is in the interests of justice.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   /s/ *Torey B. Cummings*
        Torey B. Cummings
        Assistant United States Attorney

Date Submitted: December 7, 2022

Certificate of Service

I hereby certify that this document filed through the ECF system on December 7, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Torey B. Cummings*
Torey B. Cummings